## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.**    1:26-cr-11 |
| **Plaintiff,** | |
| | **JUDGE**    Hopkins |
| v. | |
| | **INDICTMENT** |
| **TERRILL HILL,** | |
| | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | |
| | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Possession of a Firearm by a Prohibited Person)

On or about December 30, 2025, in the Southern District of Ohio, the defendant, **TERRILL HILL,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 45 pistol with serial number BTGX076, and the firearm was in and affecting interstate commerce.

**In violation of 18 U.S.C. § 922(g)(1).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **TERRILL HILL,** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such violation, including but not limited to a Glock 45 pistol with serial number BTGX076, with any attachments and approximately forty one (41) rounds of ammunition.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL.

_____
GRAND JURY FOREPERSON

DOMINICK S. GERACE, II
UNITED STATES ATTORNEY

_____
FREDERIC C. SHADLEY
ASSISTANT UNITED STATES ATTORNEYS